IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DEVIN LEDBETTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:21-03125-CV-RK |
| B HELMERS, SPRINGFIELD PD OFFICER; | ) ) ) ) |
| Defendant. | ) |

**SPECIAL VERDICT FORM: SPECIAL INTERROGATORIES**

At the time defendant Brandon Helmers applied force to plaintiff Devin Ledbetter:

1. a) Did the defendant believe the plaintiff posed an immediate threat to the safety of the officer(s) or others in light of the facts and circumstances?

    __X__Yes      _____No

    b) If so, was this belief reasonable in light of the facts and circumstances?

    __X__Yes      _____No

2. a) Did the defendant believe the plaintiff was resisting the defendant's effort to arrest the plaintiff in light of the facts and circumstances?

    _____Yes      __X__No

    b) If so, was this belief reasonable in light of the facts and circumstances?

    _____Yes      _____No

Dated: 10/25/23

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DEVIN LEDBETTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-03125-CV-RK |
| | ) |
| B HELMERS, SPRINGFIELD PD OFFICER; | ) |
| | ) |
| Defendant. | ) |

**VERDICT FORM**

**Note:** *Complete this form by writing in the names required by your verdict.*

On plaintiff Devin Ledbetter's claim against defendant Brandon Helmers, as submitted in

Instruction No. 17, we find in favor of _____.
                                          *(plaintiff Devin Ledbetter / defendant Brandon Helmers)*

**Note:** *Complete the following paragraphs only if the above finding is in favor of the plaintiff.*

We find plaintiff Devin Ledbetter's actual damages as defined in Instruction No. 18 to be:

$ _____.
*(state the amount or, if none, write the word "none").*

**Note:** *You may not award punitive damages against the defendant unless you have first found against the defendant and awarded the plaintiff actual damages.*

We assess punitive damages as defined in Instruction No. 19 against the defendant as follows:

$ _____.
*(state the amount or, if none, write the word "none").*

Dated: _____    _____
                                                                               Foreperson